IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TERI JONES,<br><br>    Plaintiff,<br>v.<br><br>CONVERGYS CMG UTAH,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:18-cv-537-JNP-JCB<br><br>District Judge Jill N. Parrish |

  Plaintiff Teri Jones sued Convergys CMG Utah ("Convergys"), proceeding pro se. On November 1, 2019, Convergys filed a Motion for Summary Judgment. [Docket 27]. On June 19, 2020, Magistrate Judge Bennett issued a Report and Recommendation that Convergys's motion for summary judgment be granted and that the action be dismissed with prejudice. [Docket 37]. Judge Bennett notified Ms. Jones that a failure to file a timely objection to his recommendation could waive any objection to it. Ms. Jones did not file an objection within the allotted time.

  Because Ms. Jones did not object to the Report and Recommendation, she waived any argument that it was in error. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The court has reviewed the Report and Recommendation and concludes it is not clearly erroneous. Thus, the court finds that the interests of justice do not warrant deviation from the waiver rule.

  According, the court ORDERS as follows:

  1. The Report and Recommendation, [Docket 37], is ADOPTED IN FULL.

2. The Motion for Summary Judgment filed by Convergys CMG Utah, [Docket 27], is GRANTED.

3. This action is DISMISSED WITH PREDJUCE.

Signed July 9, 2020

BY THE COURT

*[signature: Jill N. Parrish]*

_____

Jill N. Parrish
United States District Court Judge
